**BARNES & THORNBURG LLP**
Caroline Dickey (SBN 301721)
2029 Century Park East, Suite 300
Los Angeles, CA
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Plaintiff
Everett Financial, Inc. d/b/a Supreme Lending

**COTCHETT, PITRE & McCARTHY, LLP**
Donald J. Magilligan (SBN 257714)
dmagilligan@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

Attorneys for Defendant
John Joyce

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT FINANCIAL, INC. d/b/a SUPREME LENDING, <br><br> Plaintiff, <br><br> v. <br><br> JOHN JOYCE, <br><br> Defendant. | Case No. 3:24-cv-06508-CRB <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER** |

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

**IT IS HEREBY STIPULATED** by and between Plaintiff Everett Financial, Inc. dba Supreme Lending ("Plaintiff") and Defendant John Joyce ("Defendant") (collectively the "Parties"), pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, and that each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: February 4, 2025                **BARNES & THORNBURG LLP**

By: /s/ *Caroline C. Dickey*
Caroline C. Dickey
Attorneys for Plaintiff
Everett Financial, Inc. dba Supreme Lending

Dated: February 4, 2025                **COTCHETT, PITRE & McCARTHY, LLP**

By: /s/ *Donald J. Magilligan*
Donald J. Magilligan
Attorneys for Defendant John Joyce

### SIGNATURE ATTESTATION

I hereby certify that I have obtained the authorization from the above-noted signatories, representing the above-noted parties, to file the above-referenced document, the above-noted signatories concur in the filing's content, the content of this document is acceptable to counsel for Defendant, and that I have obtained authorization to affix counsel's electronic signature to this document.

//

//

//

| | |
|---|---|
| Dated: February 4, 2025 | **BARNES & THORNBURG LLP** |
| | By: */s/ Caroline C. Dickey* |
| | Caroline C. Dickey |
| | Attorneys for Plaintiff |
| | Everett Financial, Inc. dba Supreme Lending |

**[~~PROPOSED~~] ORDER OF DISMISSAL**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: February 5, 2025

_____
HON. CHARLES R. BREYER
Judge of the United States District Court